NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADVANCED SIMULATION TECHNOLOGY, INC.,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2025-1089

---

Appeal from the United States Court of Federal Claims in No. 1:23-cv-02201-MRS, Judge Molly R. Silfen.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

February 24, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** February 24, 2025